IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES ABBOTT,
Plaintiff,

v.

JOHN D. LAKIN,
DEPUTY LEMARR,
DEPUTY LT. HILL, and
DEPUTY TASSONE,
Defendants.

Case No. 16–CV–01105–JPG–RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims by Plaintiff **JAMES ABBOTT** against Defendant **JOHN D. LAKIN** are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims by Plaintiff **JAMES ABBOTT** against Defendants **DEPUTY LEMARR**, **DEPUTY LT. HILL**, and **DEPUTY TASSONE** are **DISMISSED WITH PREJUDICE**.

**Dated: November 21, 2019**

          **MARGARET M. ROBERTIE, Clerk of Court**

          **s/Tina Gray, Deputy Clerk**

**Approved by: s/ J. Phil Gilbert**
      **United States District Judge**